UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL V. RADER,<br><br>Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>Defendants. | Case No. 1:26-cv-04497-JLT-FJS<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br><u>FOURTEEN-DAY (14) DEADLINE</u><br><br>ORDER DIRECTING THE CLERK OF THE COURT TO FORWARD LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS TO PLAINTIFF<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO SERVE A COPY OF THIS ORDER ON PLAINTIFF |

On June 11, 2026, Plaintiff Kyrstal V. Rader ("Plaintiff"), proceeding pro se, filed suit against Securitas Security Services USA, Inc. (ECF No. 1.)

On October 15, 2026, the court considered Plaintiff's objections to the findings and recommendations that the motion to proceed in forma pauperis be denied (ECF No. 4) and subsequently vacated its June 18, 2026, findings and recommendations. (*See* ECF No. 5.) In its order vacating, the court also directed Plaintiff to file a long form application to proceed in forma pauperis within twenty-one (21) days of the date of service of the order. (*See id.*) The court admonished Plaintiff that failure to comply with the October 15, 2026, order may result in dismissal of the action. (*See id.*) The deadline for Plaintiff to file a long form application has

passed, and Plaintiff has failed to file an application or other filing on the docket.

Accordingly, Plaintiff shall be ordered to show cause in writing why the action should not be reassigned to a district judge with a recommendation that this action be dismissed. Given that Plaintiff is proceeding without counsel, the court will also allow Plaintiff a final opportunity to fill out and return a “long form” application within fourteen days of receiving this order. If filed, the court will duly consider that filing.

It is HEREBY ORDERED that:

(1) Within fourteen (14) days from the date of service of this order Plaintiff SHALL show cause in writing why the action should not be reassigned to a district judge with a recommendation that this matter be dismissed; and

(2) In the alternative, within fourteen (14) days from the date of service of this order, Plaintiff SHALL either (1) pay the $405.00 filing fee for this action, or (2) file a long form application to proceed in forma pauperis without prepayment of the fee; and

(3) Failure to comply with this order will result in the issuance of a recommendation to dismiss this action.

(4) The Clerk of the Court is DIRECTED to (1) serve a copy of this order on Plaintiff and (2) forward an in forma pauperis application (Long Form) to Plaintiff.

IT IS SO ORDERED.

Dated: **November 20, 2026**

UNITED STATES MAGISTRATE JUDGE